**FORM 1  EXHIBIT A Schedule**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| | | |
|---|---|---|
| Case No: | 10-19279    AJC    Judge: A. JAY CRISTOL | |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | |

For Period Ending: 06/30/13

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Date Filed (f) or Converted (c): | 04/09/10 (f) |
| 341(a) Meeting Date: | 08/03/10 |
| Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 59,569.37 | 25,668.30 | | 25,668.30 | FA |
| 2. FINANCIAL ACCOUNTS<br>    Suntrust operating Acct-1366 | 2,568.29 | 6,587.12 | | 6,587.12 | FA |
| 3. INVENTORY | 100,000.00 | 115,000.00 | | 115,000.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>    Suntrust Payroll Acct-1358 | 77.00 | 77.00 | | 77.00 | FA |
| 5. FINANCIAL ACCOUNTS<br>    Citibank-0555 | 19.01 | 0.00 | OA | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS<br>    Citibank-0568 | 45.07 | 0.00 | OA | 0.00 | FA |
| 7. SECURITY DEPOSITS-FPL | 2,070.00 | 1,589.18 | | 1,589.18 | FA |
| 8. SECURITY DEPOSITS<br>    warehouse-Gustav | 1,130.00 | 0.00 | | 0.00 | FA |
| 9. SECURITY DEPOSITS<br>    Gas station-Devon | 7,500.00 | 0.00 | | 0.00 | FA |
| 10. EQUITABLE OR FUTURE INTERESTS<br>    anticipated refund for 2009 tax refund | 30,000.00 | 0.00 | | 0.00 | FA |

FORM 1    EXHIBIT "A" Schedule

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| Case No: | 10-19279    AJC    Judge: A. JAY CRISTOL | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | Date Filed (f) or Converted (c): | 04/09/10 (f) |
| | | 341(a) Meeting Date: | 08/03/10 |
| | | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. VEHICLES<br>    Ford F-150 | Unknown | 0.00 | OA | 0.00 | FA |
| 12. VEHICLES<br>    Ford F-150 | Unknown | 0.00 | OA | 0.00 | FA |
| 13. VEHICLES<br>    Ford F-150 | Unknown | 0.00 | OA | 0.00 | FA |
| 14. VEHICLES<br>    Infiniti QX56 | Unknown | 0.00 | OA | 0.00 | FA |
| 15. OFFICE EQUIPMENT | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 16. OFFICE EQUIPMENT | Unknown | 0.00 | OA | 0.00 | FA |
| 17. OFFICE EQUIPMENT | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. MACHINERY AND SUPPLIES<br>    Forklift | Unknown | 0.00 | OA | 0.00 | FA |
| 19. MACHINERY AND SUPPLIES<br>    Forklift | Unknown | 0.00 | OA | 0.00 | FA |
| 20. MACHINERY AND SUPPLIES | Unknown | 0.00 | OA | 0.00 | FA |

FORM 1    EXHIBIT "A" Schedule

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

| Case No: | 10-19279    AJC    Judge: A. JAY CRISTOL |
|---|---|
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Date Filed (f) or Converted (c): | 04/09/10 (f) |
| 341(a) Meeting Date: | 08/03/10 |
| Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| forklift | | | | | |
| 21. MACHINERY AND SUPPLIES 2 forklifts | Unknown | 0.00 | OA | 0.00 | FA |
| 22. MACHINERY AND SUPPLIES 1 industrial forklift | Unknown | 0.00 | OA | 0.00 | FA |
| 23. CASH (u) | 0.00 | 1,030.00 | | 1,030.00 | FA |
| 24. Settlement with AMEX (u) Adv # 12-1337 | 0.00 | 42,500.00 | | 42,500.00 | FA |
| 25. Trustee vs. Wells Fargo card Svcs (u) Adv #12-1336 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 26. Trustee vs. Chase Card Services Adv 12-1345 (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 27. Trustee vs. Menscher, et al (u) Adv #12-1335 CLOSED | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.02 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $204,978.74 | $217,451.60 | | $217,468.62 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

EXHIBIT "A" Schedules

Page:    4

| Case No: | 10-19279 | AJC | Judge: A. JAY CRISTOL |
|---|---|---|---|
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | | |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Date Filed (f) or Converted (c): | 04/09/10 (f) |
| 341(a) Meeting Date: | 08/03/10 |
| Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All tax returns filed;

Trustee is waiting on professional fee applications in order to file final report in case;

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 12/15/13

_____  Date: _____
DREW M. DILLWORTH

**FORM 2 "EXHIBIT B"**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       10-19279  -AJC

Case Name:   PINEWOOD PLUMBING SUPPLY, INC.

Taxpayer ID No:   *******3602

For Period Ending:   06/30/13

Trustee Name:      DREW M. DILLWORTH

Bank Name:        BANK OF KANSAS CITY

Account Number / CD #:      *******0443  Checking Account

Blanket Bond (per case limit):   $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 42,281.28 | | 42,281.28 |
| 07/16/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.04 | 42,267.24 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 48.34 | 42,218.90 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 48.30 | 42,170.60 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 46.69 | 42,123.91 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 48.19 | 42,075.72 |
| 11/26/12 | 24 | American Express Travel Related Services Co., Inc. 2401 W. Behrend Dr. Suite 55, MC-24-01-17 Phoenix, AZ 85027 | Order dated 11/28/12 ECF 87 | 1249-000 | 42,500.00 | | 84,575.72 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 49.72 | 84,526.00 |
| 12/27/12 | 25 | Wells Fargo Bank, N.A. P.O. Box 10347 Des Moines, IA 50306 | Settlement with Wells Fargo | 1249-000 | 15,000.00 | | 99,526.00 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 97.23 | 99,428.77 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 113.75 | 99,315.02 |

Page Subtotals            99,781.28            466.26

LFORM24

Ver: 17.02e

FORM 2 "EXHIBIT B"

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

| Case No: | 10-19279  -AJC | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0443  Checking Account |

| Taxpayer ID No: | *******3602 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/13 | 26 | JPMorgan Chase<br>Corporate Accts Payable<br>TX2-C361<br>712 Main St., Suite 4E<br>Houston, TX 77002 | Adv 12-1345 Settlement | 1249-000 | 10,000.00 | | 109,315.02 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 133.40 | 109,181.62 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 156.13 | 109,025.49 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 156.89 | 108,868.60 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.81 | 108,706.79 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 156.35 | 108,550.44 |

|  | | | | COLUMN TOTALS | 109,781.28 | 1,230.84 | 108,550.44 |
|  | | | | Less:  Bank Transfers/CD's | 42,281.28 | 0.00 | |
|  | | | | Subtotal | 67,500.00 | 1,230.84 | |
|  | | | | Less:  Payments to Debtors | | 0.00 | |
|  | | | | Net | 67,500.00 | 1,230.84 | |

Page Subtotals          10,000.00          764.58

Ver: 17.02e

**FORM 2 "EXHIBIT B"**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-19279 -AJC |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. |
| | |
| Taxpayer ID No: | *******3602 |
| For Period Ending: | 06/30/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3716  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/10 | 23 | PINEWOOD PLUMBING SUPPLY, INC. 9590 NW 7 AVE MIAMI, FL  33150 | A/R-Cash collected from location | 1121-000 | 1,030.00 | | 1,030.00 |
| 05/11/10 | 1 | M.G. Plumbing & Sprinkler Service Inc. 1265 NW 203 St Miami, FL 33169 | A/R | 1121-000 | 185.76 | | 1,215.76 |
| 05/11/10 | 1 | Barry University 11300 NE Second Ave Miami Shores, FL 33161 | A/R | 1121-000 | 27.74 | | 1,243.50 |
| 05/11/10 | 1 | Service America Enterprise, Inc. 2755 NW 63 Ct. Ft. Lauderdale, FL33309 | A/R | 1121-000 | 81.37 | | 1,324.87 |
| 05/11/10 | 1 | Miami Dade County Aviation Dept | A/R | 1121-000 | 20.85 | | 1,345.72 |
| 05/11/10 | 1 | Miami Shores Plumbing 900 NW 144 St Miami, FL 33168 | A/R | 1121-000 | 25.56 | | 1,371.28 |
| 05/11/10 | 1 | Westin Diplomat Resort and Spa 3555 S. Ocean Drive Hollywood, FL 33019 | A/R | 1121-000 | 92.15 | | 1,463.43 |

Page Subtotals        1,463.43                0.00

Ver: 17.02e

LFORM24

FORM 2 "EXHIBIT B"

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No: | 10-19279  -AJC | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3716  BofA - Money Market Account |
| Taxpayer ID No: | *******3602 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/10 | 1 | American Wholesalers Underwriting Ltd. 1100 High Ridge Rd Suite 203 Stamford, CT 06905-1201 | A/R | 1121-000 | 2,461.45 | | 3,924.88 |
| 05/11/10 | 1 | ITW Food Equipment Source 701 S. Ridge Ave. Troy, OH 45374 | A/R | 1121-000 | 51.66 | | 3,976.54 |
| 05/18/10 | 1 | D T Water Corporation 16101 Old US 41 Ft. Myers, FL 33912 | A/R | 1121-000 | 18.30 | | 3,994.84 |
| 05/18/10 | 1 | Davis & Son, Inc. 1408 NE 4th Ave Ft. Lauderdale, FL 33304 | A/R | 1121-000 | 955.54 | | 4,950.38 |
| 05/18/10 | 1 | Miami-Dade County, Florida Aviation Dept. | A/R | 1121-000 | 1,778.71 | | 6,729.09 |
| 05/18/10 | 1 | Tacolcy Economic Development Corp. 675 NW 56 St Bldg C Miami, FL 33127 | A/R | 1121-000 | 16.02 | | 6,745.11 |
| 05/18/10 | 1 | Tacolcy Economic Development Corp 675 NW 56 St Bldg C | A/R | 1121-000 | 25.72 | | 6,770.83 |

Page Subtotals          5,307.40          0.00

Ver: 17.02e

LFORM24

**FORM 2 "EXHIBIT B"**

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-19279  -AJC | |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | |
| | | |
| Taxpayer ID No: | *******3602 | |
| For Period Ending: | 06/30/13 | |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3716  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL 33127 | | | | | |
| 05/18/10 | 1 | Franzese Plumbing, Inc. 907 Country Club Blvd. Cape Coral, FL 33990 | A/R | 1121-000 | 419.70 | | 7,190.53 |
| 05/18/10 | 1 | 2800 Island Blvd Condo Association, Inc. 2800 Island Blvd Aventura, FL 33160 | A/R | 1121-000 | 267.50 | | 7,458.03 |
| 05/18/10 | 1 | Joe Cole Plumbing 10392 W. State Rd 84 Suite 108 Davie, FL 33324 | A/R | 1121-000 | 536.70 | | 7,994.73 |
| 05/18/10 | 1 | E&S Landscaping Service, Inc 650 NW 95 St Miami, FL 33150 | A/R | 1121-000 | 21.71 | | 8,016.44 |
| 05/18/10 | 1 | A to Z Statewide Plumbing 2215 SW 58 Terr Hollywood, FL 33023 | A/R | 1121-000 | 65.99 | | 8,082.43 |
| 05/18/10 | 1 | Weberman Traditional Foodservice 330 NE 59 St Miami, FL 33150 | A/R | 1121-000 | 920.05 | | 9,002.48 |
| | | | | | | | |

Page Subtotals      2,231.65            0.00

Ver: 17.02e

LFORM24

FORM 2 "EXHIBIT B"

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

| Case No: | 10-19279  -AJC | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3716  BofA - Money Market Account |
| Taxpayer ID No: | *******3602 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/18/10 | 1 | Sahara Properties, Inc. | A/R | 1121-000 | 87.80 | | 9,090.28 |
| 05/18/10 | 1 | HMG<br>1450 Madruga Ave<br>#209<br>Coral Gables, FL 33146 | A/R | 1121-000 | 11.85 | | 9,102.13 |
| 05/18/10 | 2 | Suntrust Bank | Turnover of funds | 1229-000 | 6,492.82 | | 15,594.95 |
| 05/19/10 | 000301 | FPL<br>General Mail Facility<br>Miami, FL 33188 | Acct.88824-45011 | 2410-000 | | 54.97 | 15,539.98 |
| 05/19/10 | 000302 | FPL<br>General Mail Facility<br>Miami, FL 33188 | Acct #23421-83734 | 2410-000 | | 287.04 | 15,252.94 |
| 05/20/10 | 2 | Suntrust Legal Dept | Turover of acct funds | 1229-000 | 94.30 | | 15,347.24 |
| 05/24/10 | 1 | R.J. Vann Mechanical Corp.<br>2970 Cargo St<br>Ft. Myers, FL 33916 | A/R | 1222-000 | 1,011.04 | | 16,358.28 |
| 05/26/10 | 4 | Suntrust Legal Department | Turnover of funds | 1129-000 | 77.00 | | 16,435.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 16,435.45 |
| 06/02/10 | 3 | Sunshine Plumbing Supply, Inc<br>1160 W. 13 St | Sale deposit DE 22 | 1129-000 | 11,500.00 | | 27,935.45 |

Page Subtotals    19,274.98    342.01

Ver: 17.02e

LFORM24

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-19279  -AJC | |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3716  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******3602 |
| For Period Ending: | 06/30/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Rivera Beach, FL 33404 | | | | | |
| 06/07/10 | 1 | Precision Plumbing Services<br>17473 Jean St., Suite B<br>Ft. Myers, FL 33967 | A/R | 1121-000 | 98.88 | | 28,034.33 |
| 06/07/10 | 1 | Lake Shore Presidential Apartments<br>2627 NE 203 St<br>Ste 118<br>Aventura, FL 33180 | A/R | 1121-000 | 81.98 | | 28,116.31 |
| 06/07/10 | 1 | Lake Shore Presidential Apartments<br>2627 NE 203 St<br>Ste 118<br>Aventura, FL 33180 | A/R | 1121-000 | 291.77 | | 28,408.08 |
| 06/07/10 | 1 | Miami Shores Village<br>10050 NE 2 Ave<br>Miami Shores, FL 33138 | A/R | 1121-000 | 18.86 | | 28,426.94 |
| 06/07/10 | 1 | Florida Tropical Plumbing, Inc.<br>1141 SW 30 Ave<br>Bay 12<br>Pompano Beach, Fl 33069 | A/R | 1121-000 | 48.68 | | 28,475.62 |
| 06/07/10 | 1 | Urban League Housing Corp.<br>8500 NW 25 Ave<br>Miami, FL 33147 | A/R | 1121-000 | 75.25 | | 28,550.87 |
| | | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 615.42 | 0.00 |

LFORM24

Ver: 17.02e

FORM 2 "EXHIBIT B"

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-19279  -AJC |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. |
| | |
| Taxpayer ID No: | *******3602 |
| For Period Ending: | 06/30/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3716  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/10 | 1 | Gallo Plumbing Services, Inc. 2631 Suncrest Sr Sarasota, FL 34239 | A/R | 1121-000 | 554.61 | | 29,105.48 |
| 06/07/10 | 7 | FPL | Refund of deposit | 1121-000 | 102.13 | | 29,207.61 |
| 06/07/10 | 1 | Service America Enterprises, Inc. 2755 NW 63 Ct Ft. Lauderdale, FL 33309 | A/R | 1121-000 | 13.48 | | 29,221.09 |
| 06/07/10 | 1 | Edison Plumbing, Inc. P.O. Box 2765 LaBelle, FL 33975 | A./R | 1121-000 | 72.58 | | 29,293.67 |
| 06/09/10 | 1 | Nagelbush Mechanical, Inc. 1800 NW 49 St. Ft. Lauderdale, FL 33309 | A/R | 1121-000 | 5,897.01 | | 35,190.68 |
| 06/09/10 | 1 | American Plumbing Inc. 4361 W. Sunrise Blvd. Plantation, FL 33313 | A/R | 1121-000 | 1,542.28 | | 36,732.96 |
| 06/14/10 | 1 | Roy Davis Plumbing Supply, Inc. 5919 SW 21 St West Park, FL 33023 | A/R | 1121-000 | 672.82 | | 37,405.78 |
| 06/14/10 | 1 | Doyle Wesson Plumbing, Inc. 4776 Radio Rd. Suite 703 | A/R | 1121-000 | 1,524.88 | | 38,930.66 |

Page Subtotals          10,379.79          0.00

Ver: 17.02e

LFORM24

FORM 2 "EXHIBIT B"

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19279  -AJC | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3716  BofA - Money Market Account |
| Taxpayer ID No: | *******3602 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Naples, FL 34104 | | | | | |
| 06/14/10 | 1 | Atlas Metal Industries, Inc. 1135 NW 159 Dr Miami, FL 33169 | A/R | 1121-000 | 69.50 | | 39,000.16 |
| 06/16/10 | 1 | Mater Mechanical Services, Inc. 15181 NW 33 Place Miami, FL 33054 | A/R | 1121-000 | 210.89 | | 39,211.05 |
| 06/16/10 | 1 | The Quinn Group, Inc. P.O. Box 490611 Key Biscayne, FL 33149 | A/R | 1121-000 | 20.00 | | 39,231.05 |
| 06/16/10 | 1 | Louis Thaler PA 2 Alhambra Plaza ph 2-C Coral Gables, FL  33134 | A/R | 1121-000 | 20.00 | | 39,251.05 |
| 06/16/10 | 1 | De LA Cruz & Cutler LLP | A/R | 1121-000 | 20.00 | | 39,271.05 |
| 06/16/10 | 1 | De La Cruz & Cutler LLP Two Alhambra Plaza Penthouse II C Coral Gables, FL 33134 | A/R | 1121-000 | 20.00 | | 39,291.05 |
| 06/16/10 | 1 | Davis & Son Inc 1408 NE 4th Ave Ft. Lauderdale, FL 33304 | A/R | 1121-000 | 156.89 | | 39,447.94 |

|  | Page Subtotals | 517.28 | 0.00 | |
|---|---|---|---|---|

Ver: 17.02e

FORM 2 "EXHIBIT B"

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        10-19279  -AJC

Case Name:    PINEWOOD PLUMBING SUPPLY, INC.

Trustee Name:        DREW M. DILLWORTH

Bank Name:        BANK OF AMERICA, N.A.

Account Number / CD #:        *******3716  BofA - Money Market Account

Taxpayer ID No:    *******3602

For Period Ending:  06/30/13

Blanket Bond (per case limit):    $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/16/10 | 000303 | Barry Menscher<br>9590 Limited Liability Company<br>2061 NW 118 Ave<br>Plantation, FL 33323 | May Rent CP 22 | 2410-000 | | 1,898.38 | 37,549.56 |
| 06/16/10 | 000304 | Barry Menscher<br>9590 Limited Liability Company<br>2061 NW 118 Ave<br>Plantation, FL 33323 | June Rent CP 22 | 2410-000 | | 2,675.00 | 34,874.56 |
| 06/17/10 | | Transfer to Acct #*******5696 | Bank Funds Transfer | 9999-000 | | 1,632.96 | 33,241.60 |
| 06/24/10 | 3 | Sunshine Plumbing | Balance of preclose price of plumbing and related inventory, pursuant to Agreed Order, 6/7/10 (D.E. #22) | 1129-000 | 103,500.00 | | 136,741.60 |
| 06/30/10 | 1 | Nagelbush Mechanical, Inc.<br>1800 NW 49 St.<br>Suite 110<br>Ft. Lauderdale, FL 33309 | A/R | 1121-000 | 1,407.98 | | 138,149.58 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.19 | | 138,150.77 |
| 07/02/10 | 1 | PCA-Plumbing Corp of America<br>5218 NE 12 Ave<br>Ft. Lauderdale, FL 33334 | A/R | 1121-000 | 219.73 | | 138,370.50 |
| 07/07/10 | 1 | Nagelbush Mechanical, Inc. | A/R | 1121-000 | 688.99 | | 139,059.49 |

Page Subtotals        105,817.89        6,206.34

Ver: 17.02e

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    11

Case No:    10-19279  -AJC
Case Name:    PINEWOOD PLUMBING SUPPLY, INC.

Taxpayer ID No:    *******3602
For Period Ending:    06/30/13

Trustee Name:    DREW M. DILLWORTH
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******3716  BofA - Money Market Account

Blanket Bond (per case limit):    $  1,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 1800 NW 49 St. Suite 110 Ft. Lauderdale, FL 33309 | | | | | |
| 07/07/10 | 1 | Superman Plumbing Inc. 1400 NE 133 Rd N. Miami, FL 33161 | A/R | 1121-000 | 214.00 | | 139,273.49 |
| 07/08/10 | 7 | FPL | FPL Refund of deposit | 1121-000 | 1,235.86 | | 140,509.35 |
| 07/14/10 | 7 | FPL | FPL Refund | 1121-000 | 251.19 | | 140,760.54 |
| 07/16/10 | | Transfer to Acct #*******5696 | Bank Funds Transfer | 9999-000 | | 697.05 | 140,063.49 |
| 07/16/10 | | Transfer to Acct #*******5696 | Bank Funds Transfer | 9999-000 | | 99,227.70 | 40,835.79 |
| 07/19/10 | 1 | A&I Enterprises Construction, Inc. 2113 Lincoln St Hollywood, FL 33020 | A/R | 1121-000 | 267.50 | | 41,103.29 |
| 07/26/10 | 1 | Davis & Son, Inc. 1408 NE 4th Ave Ft. Lauderdale, FL 33304 | A/R | 1121-000 | 92.81 | | 41,196.10 |
| 07/27/10 | 1 | State of Florida Dempartment of FInancial Services | A/R | 1121-000 | 75.64 | | 41,271.74 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 3.38 | | 41,275.12 |

Page Subtotals    2,140.38    99,924.75

LFORM24

Ver: 17.02e

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    12

| Case No: | 10-19279  -AJC | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3716  BofA - Money Market Account |
| Taxpayer ID No: | *******3602 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/10 | 1 | Westin Diplomat Resort and Spa<br>3555 S. Ocean Drive<br>Hollywood, FL 33019 | A/R | 1121-000 | 3.53 | | 41,278.65 |
| 08/23/10 | 1 | Miami-Dade Water & Sewer Dept. | A/R | 1121-000 | 42.30 | | 41,320.95 |
| 08/24/10 | 1 | Weberman Traditional<br>330 NE 59 St<br>Miami, FL 33137 | A/R | 1121-000 | 790.33 | | 42,111.28 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.06 | | 42,112.34 |
| 09/13/10 | 1 | FPL | Refund of Deposit | 1121-000 | 53.40 | | 42,165.74 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 42,166.78 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,167.85 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.05 | | 42,168.90 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,169.97 |
| 01/28/11 | 1 | Zoeller Pump Company, LLC<br>P.O. Box 16347<br>Louisville, KY 40256-0347 | A/R | 1121-000 | 108.09 | | 42,278.06 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,279.13 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 42,279.45 |

| | Page Subtotals | 1,004.33 | 0.00 | |

LFORM24

Ver: 17.02e

FORM 2 "EXHIBIT B"

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-19279  -AJC
Case Name:    PINEWOOD PLUMBING SUPPLY, INC.

Trustee Name:        DREW M. DILLWORTH
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:    *******3716  BofA - Money Market Account

Taxpayer ID No:    *******3602
For Period Ending:    06/30/13

Blanket Bond (per case limit):    $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/11 | | Transfer to Acct #*******5696 | Bank Funds Transfer | 9999-000 | | 492.50 | 41,786.95 |
| 03/30/11 | 1 | Ford Motor Credit Company<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | Sale to Ford of F-150<br>1FTPW12V77FA36481 | 1129-000 | 1,210.47 | | 42,997.42 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,997.78 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,998.13 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 42,998.50 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,998.85 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,999.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 42,999.58 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,999.93 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,000.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.78 | 42,945.52 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,945.87 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.95 | 42,892.92 |

Page Subtotals            1,213.70        600.23

LFORM24

Ver: 17.02e

FORM 2 "EXHIBIT B"

Page:    14

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19279  -AJC | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3716  BofA - Money Market Account |
| Taxpayer ID No: | *******3602 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,893.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.88 | 42,840.40 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,840.76 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 56.18 | 42,784.58 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 42,784.92 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.85 | 42,734.07 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,734.43 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.54 | 42,681.89 |
| 04/09/12 | | Transfer from Acct #*******5696 | Bank Funds Transfer | 9999-000 | 36.04 | | 42,717.93 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 42,718.28 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.26 | 42,664.02 |
| 05/03/12 | | Transfer to Acct #*******5696 | TRANSFER TO WRITE CHECKS | 9999-000 | | 293.01 | 42,371.01 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,371.37 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 53.86 | 42,317.51 |
| | | | | | | | |

Page Subtotals          38.17          613.58

Ver: 17.02e

LFORM24

**FORM 2 "EXHIBIT B"**

Page:    15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-19279  -AJC |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. |

Taxpayer ID No:    *******3602
For Period Ending:  06/30/13

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3716  BofA - Money Market Account |

Blanket Bond (per case limit):   $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/12 | | Transfer to Acct #*******5696 | Bank Funds Transfer | 9999-000 | | 0.05 | 42,317.46 |
| 06/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 42,317.70 |
| 06/22/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 36.42 | 42,281.28 |
| 06/22/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 42,281.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 150,004.66 | 150,004.66 | 0.00 |
| Less:  Bank Transfers/CD's | 36.04 | 144,624.55 | |
| Subtotal | 149,968.62 | 5,380.11 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 149,968.62 | 5,380.11 | |

| | | |
|---|---|---|
| Page Subtotals | 0.24 | 42,317.75 |

Ver: 17.02e

LFORM24

**FORM 2 "EXHIBIT B"**

Page:    16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    10-19279  -AJC
Case Name:    PINEWOOD PLUMBING SUPPLY, INC.

Trustee Name:    DREW M. DILLWORTH
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******5696  BofA - Checking Account

Taxpayer ID No:    *******3602
For Period Ending:    06/30/13

Blanket Bond (per case limit):    $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/10 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 1,632.96 | | 1,632.96 |
| * 06/17/10 | 003001 | FPL General Mail Facility Miami, FL 33188 | Acct:41393-68197 | 2410-003 | | 36.30 | 1,596.66 |
| * 06/17/10 | 003001 | FPL General Mail Facility Miami, FL 33188 | Acct:41393-68197 do not need to pay | 2410-003 | | -36.30 | 1,632.96 |
| 06/17/10 | 003002 | FPL General Mail Facility Miami, FL 33188 | Acct:23421-83734 | 2410-000 | | 1,356.29 | 276.67 |
| 06/17/10 | 003003 | FPL General Mail Facility Miami, FL 33188 | Acct:88824-45011 | 2410-000 | | 240.37 | 36.30 |
| 07/16/10 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 697.05 | | 733.35 |
| 07/16/10 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 99,227.70 | | 99,961.05 |
| 07/16/10 | 003004 | Barry Menscher 2061 NW 118 Ave Plantation, FL 33323 | DE 22; gross collected since 6/4 $13,941.06 x .05-$697.05 | 2410-000 | | 697.05 | 99,264.00 |
| 07/16/10 | 003005 | Citibank, N.A. | DE 22; 75% of Net Sale Proceeds | 2410-000 | | 81,365.96 | 17,898.04 |

Page Subtotals    101,557.71    83,659.67

Ver: 17.02e

LFORM24

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    17

| Case No: | 10-19279  -AJC | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5696  BofA - Checking Account |
| Taxpayer ID No: | *******3602 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/10 | 003006 | Citibank, N.A. | DE 22; 80% of Net a/r receipts | 2410-000 | | 17,861.74 | 36.30 |
| 03/03/11 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 492.50 | | 528.80 |
| 03/03/11 | 003007 | Paychex INC.<br>2801 SW 149 Ave<br>Suite 110<br>Miramar, FL 33027 | payment for 2010 W2s<br>DE 56 3/18/11 | 2690-000 | | 492.50 | 36.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.05 | 36.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.04 | 36.21 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.04 | 36.17 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.05 | 36.12 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.04 | 36.08 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.04 | 36.04 |
| 04/09/12 | | Transfer to Acct #*******3716 | Bank Funds Transfer | 9999-000 | | 36.04 | 0.00 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | -0.01 |
| 05/03/12 | | Transfer from Acct #*******3716 | TRANSFER TO WRITE CHECKS | 9999-000 | 293.01 | | 293.00 |
| 05/03/12 | 003008 | Clerk of Court<br>51 SW First Ave | Adversary Fee | 2700-000 | | 293.00 | 0.00 |

Page Subtotals          785.51          18,683.55

LFORM24

Ver: 17.02e

**FORM 2 "EXHIBIT B"**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    18

| | |
|---|---|
| Case No: | 10-19279  -AJC |
| Case Name: | PINEWOOD PLUMBING SUPPLY, INC. |
| Taxpayer ID No: | *******3602 |
| For Period Ending: | 06/30/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5696  BofA - Checking Account |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 15th Floor Miami, FL 33130 | | | | | |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.05 | -0.05 |
| 06/05/12 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 0.05 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 102,343.27 | 102,343.27 | 0.00 |
| Less:  Bank Transfers/CD's | | 102,343.27 | 36.04 | |
| Subtotal | | 0.00 | 102,307.23 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 102,307.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0443 | 67,500.00 | 1,230.84 | 108,550.44 |
| BofA - Money Market Account - *******3716 | 149,968.62 | 5,380.11 | 0.00 |
| BofA - Checking Account - *******5696 | 0.00 | 102,307.23 | 0.00 |
| | 217,468.62 | 108,918.18 | 108,550.44 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.05                    0.05

Ver: 17.02e

LFORM24